**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01927-BNB

JOHNATHAN W. MOSIER,

    Plaintiff,

v.

TOM CLEMENTS, Exec. Dir.,
JOANIE SHOEMAKER, CDOC Medical,
NURSE MARK RUDNICK, and
NURSE III JEANI BINI,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's motion objecting to any involvement of a magistrate judge in this action (Doc. #4) is DENIED.  Plaintiff's motion for appointment of counsel (Doc. #8) is DENIED as premature.  Plaintiff's motion for court orders (Doc. #9) is DENIED.  Plaintiff's motion for designation of records (Doc. #10) is DENIED.

Dated:  August 16, 2011