IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01927-BNB

JOHNATHAN W. MOSIER,

    Plaintiff,

v.

TOM CLEMENTS, Exec. Dir.,
JOANIE SHOEMAKER, CDOC Medical,
NURSE MARK RUDNICK, and
NURSE III JEANI BINI,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 3 0 2011

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, Johnathan W. Mosier, is a prisoner in the custody of the Colorado Department of Corrections at the Centennial Correctional Facility in Cañon City, Colorado. Mr. Mosier initiated this action by filing *pro se* a Prisoner Complaint pursuant to 42 U.S.C. § 1983 claiming that his rights under the United States Constitution have been violated. On August 23, 2011, Magistrate Judge Craig B. Shaffer ordered Mr. Mosier to file an amended complaint that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure if he wishes to pursue his claims in this action. Mr. Mosier was warned that the action would be dismissed without further notice if he failed to file an amended complaint within thirty days.

Mr. Mosier has failed within the time allowed to file an amended complaint as directed and he has failed to respond in any way to Magistrate Judge Shaffer's August 23 order. Therefore, the action will be dismissed without prejudice for failure to comply

with a court order. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to comply with a court order.

DATED at Denver, Colorado, this 30th day of September, 2011.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01927-BNB

Johnathan W Mosier
Prisoner No. 128495
Centennial Correctional Facility
PO Box 600
Cañon City, CO 81215

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on September 30, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk